**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: William J. Turner　　　　　　　　Bankruptcy No. 18-12604

Debtor　　　　　　　　Chapter 13

## CERTIFICATION OF NO RESPONSE

**Diana M. Dixon**, Attorney for the Debtor in the above-captioned matter, hereby certifies that no answer, objection or other responsive pleading has been filed by any creditor or other interested party in regard to the Application for Counsel Fees on or before March 7, 2019 which is more than twenty (21) days from when the Notice and/or Fee Application was served.

　　　　　　　　　　　　　　　　　　　　S/Diana M. Dixon
　　　　　　　　　　　　　　　　　　　　Diana M. Dixon