United States Bankruptcy Court
Eastern District of Pennsylvania

In re:
William J. Turner, III
     Debtor

Case No. 18-12604-jkf
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-2    User: ChrissyW    Page 1 of 1    Date Rcvd: Mar 08, 2019
                    Form ID: pdf900    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 10, 2019.
db         +William J. Turner, III,    1549 Rodney Drive,    West Chester, PA 19382-6829

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                      TOTAL: 0

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 10, 2019                                                     Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 8, 2019 at the address(es) listed below:
         DIANA M. DIXON    on behalf of Debtor William J. Turner, III dianamdixonesq@gmail.com
         FREDERICK L. REIGLE     on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
          ecf_frpa@trustee13.com
         JEROME B. BLANK    on behalf of Creditor    LSF10 Master Participation Trust paeb@fedphe.com
         JEROME B. BLANK    on behalf of Creditor    Ditech Financial LLC. paeb@fedphe.com
         POLLY A. LANGDON     on behalf of Trustee SCOTT    WATERMAN ecfmail@fredreiglech13.com,
          ecf_frpa@trustee13.com
         REBECCA ANN SOLARZ     on behalf of Creditor    Ditech Financial LLC. bkgroup@kmllawgroup.com
         SCOTT    WATERMAN    ECFmail@fredreiglech13.com,    ECF_FRPA@Trustee13.com
         United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                                  TOTAL: 8

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

**IN RE**: William J. Turner                    Bankruptcy No. 18-12604

                    Debtor                    Chapter 13

**ORDER**

**AND NOW**, upon consideration of the Application for Compensation filed by the Debtor's Counsel, and upon the Applicant's certification that proper service has been made on all interested parties, and upon the Applicant's certification of no response,

It is **ORDERED** that:

1. The Application is **GRANTED.**

2. Compensation/Reimbursement in the amount of **$4,360.00** is **ALLOWED** in favor of the Applicant.

3. The Chapter 13 Trustee is authorized to distribute to the Applicant the allowed compensation and reimbursement of expenses set forth in paragraph 2 above as an administrative expense pursuant to 11 U.S.C. Section 1326(b), 11 U.S.C. Section 507, 11 U.S.C. Section 503 (b) and 11 U.S.C. Section 330 (a) (4) (B) less **$1,810.00,** which was paid by the Debtor prepetition.

4. Reimbursement of expenses in the amount of **$360.00** for the filing fee + Costs is allowed.

5. The total amount to be paid by the Trustee is **$2,550.00**.

6. If the Applicant has not already taken reimbursement of **$310.00** from amount paid by the Debtor to the Applicant prepetition (e.g. by transferring the filing fee amount from a trust account to an operating account), the Applicant is now authorized to do so.

**Date: March 8, 2019**

_____
**Judge Jean K. FitzSimon**
**United States Bankruptcy Judge**
**Robert N.C. Nix Building**
**900 Market Street, Suite 400**
**Philadelphia, PA 19107-4299**