## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA

In re:                                   :

WILLIAM J   TURNER III

                                         : Bankruptcy No. 18-12604JKF
            Debtor(s)                    : Chapter 13

### Order Dismissing Chapter 13 Case and
### Directing Counsel to File Master Mailing List

         AND NOW, upon consideration of the Motion to Dismiss filed by Scott F. Waterman, standing trustee, this case is dismissed and it is further ORDERED, that counsel for debtor(s), shall file a master mailing list with the clerk of the Bankruptcy Court, currently updated (if such has not been previously filed); and it is further

         ORDERED, that any wage orders are hereby vacated.


                                              BY THE COURT

                                              _____

                                              Jean K. FitzSimon, B. J.

Dated: 4/3/19


Interested parties:

Polly A. Langdon, Esq.
Scott F. Waterman, Esq.
Standing Chapter 13 Trustee
2901 St. Lawrence Avenue, Suite 100
Reading, PA 19606

DIANA M DIXON ESQ
107 N BROAD ST
SUITE 307
DOYLESTOWN PA 18901-

WILLIAM J   TURNER III
1549 RODNEY DRIVE
WEST CHESTER, PA 19382