United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 18-12604-jkf
William J. Turner, III                                                    Chapter 13
         Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2           User: Antoinett            Page 1 of 1            Date Rcvd: Apr 03, 2019
                               Form ID: pdf900            Total Noticed: 11

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 05, 2019.
db         +William J. Turner, III,   1549 Rodney Drive,   West Chester, PA 19382-6829
14116596   +DITECH FINANCIAL,   c/o JEROME B. BLANK,   Phelan Hallinan & Schmieg LLP,   1617 JFK Boulevard,
             Philadelphia, PA 19103-1821
14273098   +Diana M. Dixon, Esq.,   107 N. Broad Street,   Suite 307,   Doylestown, PA 18901-3755
14195810   +Ditech Fnanical LLC,   c/o KML Law Group, P.C.,   BNY Independence Center,
             701 Market St., Ste. 5000,   Philadelphia, PA 19106-1541
14093424   +KML Law Group, P.C.,   ATTN: Bankruptcy Department,   BNY Independence Center,
             701 Market St., Ste. 5000,   Philadelphia, PA 19106-1541
14206917   +LSF10 Master Participation Trust,   Caliber Home Loans, Inc.,   13801 Wireless Way,
             Oklahoma City, OK 73134-2500

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg         E-mail/Text: megan.harper@phila.gov Apr 04 2019 02:37:05     City of Philadelphia,
             City of Philadelphia Law Dept.,   Tax Unit/Bankruptcy Dept,   1515 Arch Street 15th Floor,
             Philadelphia, PA  19102-1595
smg         E-mail/Text: RVSVCBICNOTICE1@state.pa.us Apr 04 2019 02:36:35     Pennsylvania Department of Revenue,   Bankruptcy Division,   P.O. Box 280946,
             Harrisburg, PA  17128-0946
smg        +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Apr 04 2019 02:37:02     U.S. Attorney Office,
             c/o Virginia Powel, Esq.,   Room 1250,   615 Chestnut Street,   Philadelphia, PA 19106-4404
cr         +E-mail/Text: ECMBKMail@Caliberhomeloans.com Apr 04 2019 02:37:27
             LSF10 Master Participation Trust,   C/O Caliber Home Loans, Inc.,   13801 Wireless Way,
             Oklahoma City, OK 73134-2500
14093423    E-mail/Text: bankruptcy.bnc@ditech.com Apr 04 2019 02:36:28     Ditech Financial, LLC,
             ATTN: Bankruptcy Department,   PO Box 6154,   Rapid City, SD 57709-6154
                                                                                             TOTAL: 5

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
14195811*     +Ditech Fnanical LLC,   c/o KML Law Group, P.C.,   BNY Independence Center,
               701 Market St., Ste. 5000,   Philadelphia, PA 19106-1541
                                                                                      TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 05, 2019                               Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 3, 2019 at the address(es) listed below:
              DIANA M. DIXON    on behalf of Debtor William J. Turner, III dianamdixonesq@gmail.com
              FREDERICK L. REIGLE    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
               ecf_frpa@trustee13.com
              JEROME B. BLANK    on behalf of Creditor    LSF10 Master Participation Trust paeb@fedphe.com
              JEROME B. BLANK    on behalf of Creditor    Ditech Financial LLC. paeb@fedphe.com
              POLLY A. LANGDON    on behalf of Trustee SCOTT  WATERMAN ecfmail@fredreiglech13.com,
               ecf_frpa@trustee13.com
              REBECCA ANN SOLARZ    on behalf of Creditor    Ditech Financial LLC. bkgroup@kmllawgroup.com
              SCOTT  WATERMAN    ECFmail@fredreiglech13.com, ECF_FRPA@Trustee13.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                              TOTAL: 8

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re:                                                                  :

WILLIAM J  TURNER III

                                                                        : Bankruptcy No. 18-12604JKF
            Debtor(s)                                                   : Chapter 13

Order Dismissing Chapter 13 Case and
Directing Counsel to File Master Mailing List

AND NOW, upon consideration of the Motion to Dismiss filed by Scott F. Waterman, standing trustee, this case is dismissed and it is further ORDERED, that counsel for debtor(s), shall file a master mailing list with the clerk of the Bankruptcy Court, currently updated (if such has not been previously filed); and it is further

ORDERED, that any wage orders are hereby vacated.

BY THE COURT

_____
Jean K. FitzSimon, B. J.

Dated: 4/3/19

Interested parties:

Polly A. Langdon, Esq.
Scott F. Waterman, Esq.
Standing Chapter 13 Trustee
2901 St. Lawrence Avenue, Suite 100
Reading, PA 19606

DIANA M DIXON ESQ
107 N BROAD ST
SUITE 307
DOYLESTOWN PA 18901-

WILLIAM J  TURNER III
1549 RODNEY DRIVE
WEST CHESTER, PA 19382